**RI Risk Management Foundation, Inc.**
*A Lifespan Partner*

The CORO Building, Suite 170
167 Point Street
Providence, RI 02903
Tel 401 444-8273
Fax 401 444-8963

VIA CERTIFIED MAIL; RETURN RECEIPT REQUESTED

August 10, 1998

Executive Risk Indemnity, Inc.
ATTENTION: VICE PRESIDENT OF CLAIMS
Executive Risk Management Associates
P.O. 2002
Simsbury, CT 06070

Re: Policy Number: 751-052157-96
Policy Period: 10/1/97-10/1/98

Dear Sir/Madam:

On behalf of Lifespan Corporation and its affiliates, including Rhode Island Hospital, and pursuant to the notice provisions of the aforementioned policy, I wish to notify you of a potential claim under the civil False Claims Act. On March 23, 1998, Rhode Island Hospital was served with a subpoena for certain medical records of patients admitted with pneumonia and for records relating to billing and coding of pneumonia admissions.

Please let me know if I can provide you with any additional information.

Sincerely,

Roland C. Loranger vt

Roland C. Loranger
President

RCL:vt

c: Sidney M. Bailey
Richard Ward, Esq.

[redacted]