Executive Risk

August 17, 1998

VIA FAX & U.S. MAIL

Roland C. Loranger
R.I. RISK MANAGEMENT FOUNDATION, INC.
The CORO Building, Suite 170
167 Point Street
Providence, RI 02903

| | | |
|---|---|---|
| RE: | INSURED: | Insured Person(s) of Lifespan Corporation |
| | POLICY NO: | 080581 |
| | REFERENCE NO: | 00 16962 |
| | SUBJECT: | <u>Subpoena</u> |

Dear Mr. Loranger:

Executive Risk Management Associates is the Claims Manager for the Executive Risk Indemnity Inc. ("ERII") in connection with the above captioned matter. On behalf of ERII we acknowledge your correspondence dated August 10, 1998, together with its enclosures.

This matter has been assigned to Eileen G. Stein, Claims Analyst, under the above reference number. We ask that you include our reference number on all related future correspondence.

We will soon provide you with our initial analysis of the potential applicability, if any, of the above-referenced Policy to the matter raised in your correspondence.

In the interim, on behalf of ERII we reserve all rights and defenses to which it may be entitled under the Policy or applicable law.

Very truly yours,

Christine Trinh
Administrative Assistant
Direct Dial (860) 408-2392
Fax (860) 408-2381
E-Mail lindstre@execrisk.com

cc: Laura Clark
ENCON A DIVISION OF VICTOR O SCHINN
Two Wisconsin Circle
Suite 1200
Chevy Chase, MD 20815-7022

[redacted]

Executive Risk
Management Associates
82 Hopmeadow Street
Post Office Box 2002
Simsbury, Connecticut 06070-7683
860.408.2000
Fax: 860.408.2002
Email: info@execrisk.com
Web Site: http://www.execrisk.com