**Lifespan**
**Risk Services, Inc.**

The CORO Building, Suite 170
167 Point Street
Providence, RI 02903
Tel 401 444-8273
Fax 401 444-8963

November 25, 2002

Vice President of Claims
Executive Risk Management Associates
P.O. Box 2002
Simsbury, CT 06070

Re: Executive Risk Indemnity, Inc.
Directors & Officers Liability Coverage
Policy No. 8167-1186

Dear Sir/Madam:

We were served with the attached Summons and Complaint on November 22, 2002. The United States, through HHS, and its agency, The Centers for Medicare and Medicaid Services, is bringing this action against Rhode Island Hospital pursuant to the False Claims Act. The complaint alleges that there are DRG discrepancies involving pneumonia that resulted in payments greater than what the hospital was entitled to. We have referred this case to:

Richard Ward, Esq.
Ropes & Gray
One International Place
Boston, MA 02110
617-951-7444
fax 617-951-7050

Thanks for your assistance in this and all matters.

Sincerely,

Roland C. Loranger
President

RCL:vt
Enclosure

CERTIFIED 7002 0460 0001 9686 2197
RETURN RECEIPT REQUESTED

c: Ms. Sidney M. Bailey, CPCU, ARM, CPIW
Joseph Melino, Snr. Claims Adjuster, Lifespan Risk Services, Inc. ✓

[redacted]