AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

EXECUTIVE RISK INDEMNITY, INC.

V.

LIFESPAN CORPORATION and
RHODE ISLAND HOSPITAL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-169-T

TO: (Name and address of Defendant) LIFESPAN CORPORATION and RHODE ISLAND HOSPITAL

DAVID P. WHITMAN, ESQUIRE
ATTORNEY FOR LIFESPAN CORPORATION and
RHODE ISLAND HOSPITAL
THE FRANCIS BUILDING
146 WESTMINSTER STREET, PROVIDENCE, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

RANDALL L. SOUZA, ESQUIRE
SHECHTMAN HALPERIN SAVAGE, LLP
86 WEYBOSSET STREET
PROVIDENCE, RI 02903
401-272-1400
401-2721403 (fax)

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/24/05

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE MAY 24, 2005 |
|---|---|
| NAME OF SERVER *(PRINT)* RANDALL L. SOUZA | TITLE ESQUIRE , ATTORNEY FOR PLAINTIFF |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ____

☐ Returned unexecuted: ____

☒ Other (specify): SERVICE OF PROCESS ACCEPTED BY COUNSEL OF RECORD FOR DEFENDANTS, DAVID P. WHITMAN, ESQUIRE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/8/05
Date

[signature]
Signature of Server

86 WEYBOSSET STREET, PROVIDENCE, RI 02903
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EXECUTIVE RISK INDEMNITY INC., Plaintiff, | |
| v. | Civil Action No: 05-169-T |
| LIFESPAN CORPORATION, and RHODE ISLAND HOSPITAL Defendants. | |

# ACCEPTANCE OF SERVICE

In the above matter, the following entry may be made:

The undersigned, David P. Whitman, Esquire, does hereby accept service of Plaintiff's Complaint for Declaratory Judgment and Summons, in this matter on behalf of the Defendants, Lifespan Corporation and Rhode Island Hospital; said acceptance of service to have the same force and effect as if the service had been personally made upon each individual Defendant by a duly licensed process server. The undersigned has received authority from each Defendant in order to accept such service on their behalf.

Dated this 1st day of ~~May~~ June, 2005.

David P. Whitman, Esquire
The Francis Building
146 Westminster Street
Providence, RI 02903
(401) 421-2154
(401) 521-7040 (facsimile)