DPW:fa 00-107B1(d) 7/11/05

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EXECUTIVE RISK INDEMNITY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LIFESPAN CORPORATION, and<br>RHODE ISLAND HOSPITAL<br><br>Defendants. | C. A. NO: 05-169-T |

**RESPONSE OF DEFENDANTS, LIFESPAN CORPORATION AND RHODE ISLAND HOSPITAL, TO PLAINTIFF'S MOTION TO SEVER AND STAY COUNT III OF DEFENDANTS' COUNTERCLAIM**

In accordance with the provisions of Local Rule 12(a)(2) defendants, within ten (10) days of service upon them of plaintiff's Motion to Sever and Stay Count III (alleging bad faith) of defendants' counterclaim, respond to said motion by advising that they do not oppose said motion to sever and stay. However, defendants clarify said response in accordance with their memorandum of law attached hereto and made a part hereof.

Defendants and Counterclaimants,
LIFESPAN CORPORATION and
RHODE ISLAND HOSPITAL
By its Attorneys,
HANSON CURRAN, LLP

David P. Whitman, Esq. (#0552)
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040

**PROOF OF SERVICE**

I hereby certify that on this 11 day of July, 2005, I mailed a true and exact copy of the within *Response of Defendants to Plaintiff's Motion to Sever and Stay* to ***Preston W. Halperin, Esq.*** and ***Randall L. Souza, Esq.***, SHECHTMAN HALPERIN SAVAGE, LLP, 86 Weybosset Street, Providence, RI 02903; and ***Barbara A. O'Donnell, Esq.*** and ***Nancy Cremins, Esq.***, ROBINSON & COLE LLP, One Boston Place, Boston, RI 02108.

of Hanson Curran LLP

FILED

DPW:fa 00-107B1(d) 7/11/05

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| EXECUTIVE RISK INDEMNITY, INC., Plaintiff, | |
| V. | C. A. NO: 05-169-T |
| LIFESPAN CORPORATION, and RHODE ISLAND HOSPITAL Defendants. | |

**MEMORANUDM OF DEFENDANTS, LIFESPAN CORPORATION AND RHODE ISLAND HOSPITAL, CLARIFYING DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO SEVER AND STAY COUNT III OF DEFENDANTS' COUNTERCLAIM**

In accordance with the provisions of Local Rule 12(a)(2), defendants have filed a response to plaintiff's Motion to Sever and Stay Count III of defendant's counterclaim by agreeing to said motion. However, defendants wish to make two (2) points in regard to such agreement.

Defendants acknowledge that, under Rhode Island law, bad faith counts are to be severed and stayed by the Court pending resolution of the breach of contract action. However, a federal court is not **required** to follow this particular rule of the Rhode Island courts because it is a rule of procedure and not a substantive law of the State of Rhode Island. *Erie Railroad Co. v. Tompkins,* 304 U.S. 64, 58 S.Ct. 817, 82 L.Ed. 1188 (1938).

Further, plaintiff has incorrectly stated the applicable Rhode Island rule as to the defendants' ability to proceed with Count III (bad faith) of their counterclaim. The rule in

Rhode Island is not as alleged by plaintiff in the penultimate paragraph of their memorandum that Lifespan and RIH are first required to establish that plaintiff "acted unreasonably in denying coverage" before they may proceed with Count III (bad faith) of their counterclaim. When defendants establish that plaintiff breached the insurance contract at issue in this matter, defendants may proceed with their claim for bad faith. *Bartlett v. John Hancock Mutual Life Insurance Co.*, 538 A.2d 997 (1988). A breach of contract is the only threshold required for the defendants to be able to proceed with Count III (bad faith) of their counterclaim.

Defendants and Counterclaimants,
LIFESPAN CORPORATION and
RHODE ISLAND HOSPITAL
By its Attorneys,
HANSON CURRAN, LLP

David P. Whitman, Esq. (#0552)
146 Westminster Street
Providence, RI 02903
Phone: (401) 421-2154
Fax: (401) 521-7040

**PROOF OF SERVICE**

I hereby certify that on this 11th day of July, 2005, I mailed a true and exact copy of the within *Memorandum in Support of Response of Defendants to Plaintiff's Motion to Sever and Stay* to ***Preston W. Halperin, Esq.*** and ***Randall L. Souza, Esq.***, SHECHTMAN HALPERIN SAVAGE, LLP, 86 Weybosset Street, Providence, RI 02903; and ***Barbara A. O'Donnell, Esq.*** and ***Nancy Cremins, Esq.***, ROBINSON & COLE LLP, One Boston Place, Boston, RI 02108.

of Hanson Curran LLP