UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED

| | |
|---|---|
| EXECUTIVE RISK INDEMNITY INC., Plaintiff, v. LIFESPAN CORPORATION; and RHODE ISLAND HOSPITAL Defendants. | **Civil Action No: 05-169-T** |

**STIPULATION UNDER RULE 26(a)(1)**

Now come the parties and hereby stipulate and agree that they jointly opt out of the initial disclosures set forth in F.R.C.P. 26(a)(1). The timing and sequence of discovery in this matter shall be governed by the Rule 16 Pre-Trial Scheduling Order entered by this Court and/or any Rule 26 Discovery Plan entered by this Court.

AGREED TO:

EXECUTIVE RISK INDEMNITY INC.

By its attorneys,

Randall L. Souza (#4082)
SHECHTMAN HALPERIN SAVAGE LLP
86 Weybosset Street
Providence, RI 02903
(401) 272-1400
(401) 272-1403 (fax)

Dated: 11/17/05

AGREED TO:

LIFESPAN CORPORATION; and
RHODE ISLAND HOSPITAL

By their attorneys,

David P. Whitman (#0552)
HANSON CURRAN LLP
146 Westminster Street
Providence, RI 02903
(401) 421-2154
(401) 521-7040 (fax)

Dated: 11/17/05

ENTER

Ernest C. Torres
Chief, U.S. District Judge

DATE: 11/21/05

and

Barbara A. O'Donnell (*pro hac vice*)
ROBINSON & COLE LLP
One Boston Place
Boston, MA 02108
(617) 557-5900
(617) 557-5999 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November 2005, I have served the foregoing Stipulation upon all parties to this action by sending a copy by first-class mail, postage prepaid, to Defendant/Counterclaim Plaintiffs' counsel of record in this action:

David P. Whitman, Esq.
Hanson Curran LLP
146 Westminster Street
Providence, RI 02903