UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| EXECUTIVE RISK INDEMNITY INC., Plaintiff | ) | |
| v. | ) | C.A. No. 05-169/T |
| LIFESPAN CORPORATION, and RHODE ISLAND HOSPITAL, Defendants | ) | DISMISSAL STIPULATION |

Plaintiff and defendants stipulate and agree that this action, including all claims and counter-claims asserted therein shall be dismissed with prejudice, no costs or fees awarded.

EXECUTIVE RISK INDEMNITY INC.
By its attorneys,

Barbara A. O'Donnell, Esq., (pro hac vice)
Robinson & Cole LLP
One Boston Place
Boston, MA 02108
(617) 557-5900
(617) 557-5999 [FAX]
bodonnell@rc.com

Randall L. Souza, Esq., #4082
Shechtman Halperin Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 [FAX]
rsouza@shslawfirm.com

Date: March 30, 2006

LIFESPAN CORPORATION and
RHODE ISLAND HOSPITAL
By their attorneys,

David P. Whitman, Esq., #______
Hanson Curran, LLP
146 Westminster Street
Providence, RI 02903-2218
(401) 421-2154
(401) 521-7040 [FAX]
dpw@hansoncurran.com

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge

DATE 5/15/06